AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
EASTERN DISTRICT OF WASHINGTON

**UNITED STATES OF AMERICA**

**V.**

**STEVEN RAY ST. PETER**

(Name & Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER:  MJ-12-394

I, the complainant in this case, state the following is true and correct to the best of my knowledge and belief.

On or about June 12, 2012, in the Eastern District of Washington, within the external boundaries of the Confederated Tribes of the Colville Reservation on trust land and within Indian Country, the Defendant, STEVEN RAY ST. PETER, an Indian, did knowingly engage in a sexual act or attempt to engage in a sexual act, to wit, intentionally touching, not through the clothing, of the genitalia, with KS1, who at that had not attained the age of twelve, in violation of Title 18, United States Code, Sections 2241(c) and 1153.

This complaint is based on these facts:

Continued on the attached sheet incorporated herein by this reference.    ☒    Yes    ☐    No

Signature of Complainant Ryan R. Edwards
Special Agent, Federal Bureau of Investigation

Sworn to before me and signed in my presence

October 31, 2012
Date

James P. Hutton
United States Magistrate Judge
Name and Title of Judicial Officer

at Spokane, Washington
City and State

Signature of Judicial Officer

P21025rc.mdb.wpd

AUSA Assigned: MFD

Re: Complaint and Arrest Warrant for Steven Ray St. Peter

## AFFIDAVIT

STATE OF WASHINGTON )
                     :ss
County of Spokane    )

Ryan R. Edwards, being first duly sworn on oath, deposes and states:

## INTRODUCTION

1.     I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since September 2, 2008.  In that position, I have been responsible for investigating violations of federal crimes, including violations committed in Indian Country.  I have applied for and received warrants for a variety of searches and arrests relevant to these types of federal criminal violations.  I have received specialized training in Indian Country Crimes and crime scene processing.  I am the task force coordinator for the Salish Safe Trails Task Force (SSTTF), a task force consisting of the FBI and tribal police departments on the Colville, Spokane and Kalispel Indian Reservations.  The FBI is responsible for enforcing federal criminal statutes involving violations of Title

Affidavit of Ryan R. Edwards
1 of 12
P21025rc.mda.wpd

18, United States Code Sections 1153 and 2241(c) (Offenses committed within Indian Country; sexual abuse of a minor.)

2.    This affidavit is made in support of a Complaint and Warrant for Arrest.

3.    Based upon the facts set forth below, there is probable cause to believe that the Defendant, Steven Ray St. Peter, further described in attachment A and incorporated herein, has committed a crime in violation of Title 18, United State Code, Sections 1153 and 2241(c); Aggravated sexual abuse of a minor within Indian Country.

4.    The statements contained in this affidavit are based upon my experience and training as a Special Agent and on information provided to me by other law enforcement officers and witnesses as part of this investigation.  Since this affidavit is being submitted for the limited purpose of securing a Complaint and Warrant for Arrest, I have set forth only those facts that I believe establish probable cause.  I have not set forth each and every fact known to me resulting from the investigation.

### INVESTIGATION

5.    On June 10, 2012 George Smith (here after George) contacted the Colville Tribal Police Department (CTPD).  George reported that Steven St. Peter (here

Affidavit of Ryan R. Edwards
2 of 12
P21025rc.mda.wpd

after ST. PETER) had been "messing with his daughter while she was sleeping on the couch." George told dispatchers "Hurry, get the cops here before I kill this guy." When CTPD officers arrived at the residence located at 6393 State Route 155, Omak, Washington they found Sheri Carden-Smith (here after Sheri) at the driveway waving officers in. Shortly after arriving, George came to the residence from the woods and informed the police that he had chased ST. PETER through the woods in the direction of a nearby residence where ST. PETER lived. George told officers that his nine year old daughter (at the time of the incident), KS1, came into his bedroom crying. KS1 told George that ST. PETER touched her "in her private spot." George told officers he then went into the living room and saw ST. PETER lying on the couch. George stated he "went black" and started beating ST. PETER. George then called the police and told the police he was going to kill ST. PETER and needed an officer at his house. George continued beating ST. PETER and told ST. PETER "I'm going to kill you for touching my daughters." ST. PETER told George to "just kill me." George stopped beating ST. PETER to call the police again, stating he (George) was afraid he would kill ST. PETER. ST. PETER then fled the residence and was followed by George. George saw the CTPD officers pull into his driveway and returned to his residence.

Affidavit of Ryan R. Edwards
3 of 12
P21025rc.mda.wpd

6.     Officers also interviewed George's wife, Sheri. Sheri was home at the time of the incident and is the mother of KS1. Sheri stated that at approximately 3:00 a.m., ST. PETER came to her house. Lewis Clark, (here after Clark), Riley Smith's (here after Riley) boyfriend, and Riley kept asking ST. PETER when he wanted to go home, ST. PETER stated he would spend the night. At that time, KS1 was sleeping on the couch in the living room. Sheri stated she was awakened at approximately 7:00-7:30 a.m. to the sound of George screaming and yelling. KS1 was standing by Sheri's bed crying. Sheri described KS1 as having a look of "total fear, her eyes were big, her face looked white." KS1 was crying and Sheri could hardly understand her. KS1 told Sheri that "Steven was touching me, Steven was touching me, right there" indicating her right groin area. Sheri heard George yell "you put your fucking hands on my daughter." Sheri went into the living room and saw that George had ST. PETER pinned against the couch. Sheri then went into her bedroom and shut the door and again asked KS1 what happened. KS1 told Sheri that ST. PETER rubbed the leg of KS1's sister, KS2. KS2 was sleeping on the living room floor next to her boyfriend, Michael Vincent (here after Vincent). KS2 rolled closer to her Vincent and put a blanket over the two of them. KS2 told ST. PETER "he couldn't do that to her no more." ST.

Affidavit of Ryan R. Edwards
4 of 12
P21025rc.mda.wpd

PETER then sat on the end of the couch KS1 was sleeping on.  ST. PETER began rubbing KS1 on the bottom of her legs.  KS1 was wearing jeans at the time and ST. PETER then put his hands under KS1's jeans and continued to rub her legs. KS1 pretended to sleep.  ST. PETER then rubbed KS1's upper left thigh.  ST. PETER then pulled off KS1's pants and underwear and rubbed her vagina. ST. PETER then fell asleep and KS1 pushed ST. PETER away from her.  At this time someone, who KS1 believed was Lewis Clark (here after Clark), came into the living room and stoked the fire.  KS1 got up and went to George and told him of the events.  Sheri stated that while George was beating ST. PETER, ST. PETER told George to "just kill him because he didn't know what was wrong with him and he was sorry."

7.    CTPD officers spoke with KS2 who confirmed the events that happened to her as told by Sheri.

8.    CTPD officers also interviewed Riley.  Riley told officers that at approximately 3:00 a.m. she was in her bedroom with her boyfriend Clark and ST. PETER.  Clark went outside to smoke a cigarette.  Riley was looking at music when she heard ST. PETER say "oww, oww."  Riley asked what was wrong and ST. PETER began telling Riley about an injury he received to his hip from a

Affidavit of Ryan R. Edwards
5 of 12
P21025rc.mda.wpd

motorcycle accident. Riley looked over to where ST. PETER was and saw ST. PETER without his pants or underwear. Riley stated ST. PETER had an erection. Riley then attempted to leave the room. As Riley walked past ST. PETER, ST. PETER grabbed Riley's leg. Riley pulled her leg free and ST. PETER then grabbed her left ankle causing her to fall. ST. PETER then grabbed Riley's left arm and told her to "just wait." Riley said no and walked out of the room. Clark then came back into the house.

9.    CTPD detectives briefly spoke with KS1 at her residence. The detectives determined that due to her age, KS1 would be fully interviewed by a specialist in Spokane, Washington. KS1 told officers that at approximately 6:30 a.m. ST. PETER laid down on the couch in the living where KS1 was already laying. ST. PETER began rubbing her left leg at the knee and calf area on top of her jeans. After a few minutes, ST. PETER took KS1's jeans and panties off and began rubbing her vaginal area. KS1 was asked if anything was put inside her, to which she said no. ST. PETER rubbed KS1's vagina for approximately 10 minutes at which time he fell asleep. KS1 said she was afraid and lay quietly while ST. PETER rubbed her because she didn't know what to do. After ST. PETER fell asleep, KS1 pushed ST. PETER off the couch. KS1 continued to lie on the couch

Affidavit of Ryan R. Edwards
6 of 12
P21025rc.mda.wpd

because she was afraid.  After a short time, KS1 heard George use the bathroom and went and told George what happened.

10.     CTPD officers went to the residence located at 6435B State Route 155, Omak, Washington.  The residence was in the direction George indicated ST. PETER fled, and is described in the CTPD reports as Albert Louie's residence. The officers were greeted at the door by Josephine Valdez.  The officers told Valdez they were looking for ST. PETER and ST. PETER was seen running towards her house.  Albert Louie then came to the door and also denied seeing ST. PETER and granted the officers permission to search his residence for ST. PETER.  The officers found ST. PETER hiding in the bathtub of a corner bathroom behind the shower curtain.  When officers directed ST. PETER to put his hands in the air he told officers "I give up, I'm not resisting."  After placing handcuffs on ST. PETER, Officer Fritz read ST. PETER his Miranda warnings from a department issued card.  Officer Fritz told ST. PETER he wasn't under arrest at the time.  ST. PETER acknowledged he understood his rights and wanted to know why he was detained.  ST. PETER was told he was detained because he was accused of molesting two young females at the Smith residence.  ST. PETER stated "I did not touch her."  After observing ST. PETER's injuries, officers called

Affidavit of Ryan R. Edwards
7 of 12
P21025rc.mda.wpd

for an ambulance. Officer Fritz then asked Valdez how long ST. PETER had been at the residence. Valdez stated ST. PETER got to the residence 20 minutes before the officers arrived. While at the hospital, doctors noted the treatment from a motorcycle accident one day prior. No serious medical conditions were observed by the treating physicians and ST. PETER was released. While at the hospital, Detective Hollsworth from the CTPD interviewed ST. PETER. Detective Hollsworth read ST. PETER Miranda warnings from a department issued card. ST. PETER stated he understood his rights and agreed to speak with Detective Hollsworth. ST. PETER told Detective Hollsworth he couldn't remember anything past 2:00 a.m. when he went to sleep. ST. PETER stated the next thing he remembered was waking up to George "wailing" on him. ST. PETER told Detective Hollsworth he asked George why he (George) was beating on him and George said because he (ST. PETER) had touched his daughter. ST. PETER again stated he couldn't remember anything after 2:00 a.m. but new that he did not touch KS1. Detective Hollsworth asked ST. PETER how he was sure he did not touch KS1 if he couldn't remember anything. ST. PETER stated he just knows he wouldn't do that.

Affidavit of Ryan R. Edwards
8 of 12
P21025rc.mda.wpd

11. On June 18, 2012 KS1 participated in a forensic interview by a child interview specialist. The interview conclusion states: "This nine-year-old girl made statements that I could clearly understand where she described Steven laying down beside her, putting his hands under her pants, and touching her in the crotch area."

12. ST. PETER's national criminal history lists convictions for marijuana possession (less than 40 grams), reckless driving, and Fourth Degree Assault (Domestic Violence). The national criminal history also lists that ST. PETER is a registered sex offender with the Okanogan County Sheriff's Office. The registration information lists the conviction as First Degree Child Molestation. On September 25, 2012 your affiant obtained Okanogan County Superior Court, Juvenile Court, Order on Adjudication and Disposition. The order was filed on June 23, 2009 and lists Steven Ray St. Peter as the respondent. The document details the respondent pled guilty to one count of First Degree Attempted Child Molestation.

13. On September 25, 2012 your affiant was sent a Certificate on Indian Blood for Steven Ray St Peter. The certificate states ST. PETER is enrolled with the Confederate Tribes of the Colville Reservation and possess 11/16 Total Quantum

Affidavit of Ryan R. Edwards
9 of 12
P21025rc.mda.wpd

blood. Based on your affiants training and experience, ST. PETER is an Indian within the meaning of federal law. Detective Hollsworth told your affiant the Smith residence is located on Trust Land and your affiant knows through experience this location is located within the external boundaries of the Colville Indian Reservation, in the Eastern District of Washington. Based on your affiant's training and experience, your affiant believes this location to be Indian Country as defined by Title 18 United States Code Section 1151.

14.    On October 01, 2012 KS2 was interviewed by Special Agents of the FBI. KS2 told the agents that on June 09, 2012 she was hanging out with her friends and family at a graduation party and that everyone in the group was drinking alcohol except for ST. PETER. ST. PETER drove the group in a car because he wasn't drinking. The group then decided to continue socializing and drinking alcohol at the Smith residence. At the residence, the group consumed 36 cans of beer. According to KS2, everyone that consumed alcohol was intoxicated and began "passing out." KS2 stated that after the first couple of people  "passed out" KS2 went to Riley's bedroom. Once at the bedroom, ST. PETER began showing KS2 an injury he sustained riding a dirt bike. ST. PETER pulled down his pants and underwear in an attempt to show the injury to KS2. KS2 stated she didn't notice if ST. PETER had an erection because

Affidavit of Ryan R. Edwards
10 of 12
P21025rc.mda.wpd

she tried to look away from ST. PETER. KS2 then attempted to leave the room and was stopped by ST. PETER. ST. PETER grabbed KS2 by the arm and pulled her close to him where ST. PETER attempted to kiss KS2. KS2 broke free of ST. PETER and went into the living room where she laid down next to Vincent. ST. PETER followed KS2 and lay down behind KS2 and began rubbing KS2's upper legs. KS2 stated she was wearing shorts at the time and that after ST. PETER started rubbing her upper legs, ST. PETER attempted to put his hands up KS2's shorts. KS2 told ST. PETER to stop. KS2 moved closer to Vincent and tucked a blanket under her.

15.    On October 01, 2012 Riley was interviewed by Special Agents of the FBI. Riley was asked what occurred after she ran to her parent's door. Riley then told agents she had consumed "a lot" of alcohol throughout the night and that after she ran to her parent's bedroom door she didn't want to go back to her room because she believed ST. PETER was still in the room. Riley went to the laundry area, next to her parent's door, and stayed at that location for awhile. Riley stated she may have fallen asleep for a brief period of time and then went into the living room and fell asleep.

Affidavit of Ryan R. Edwards
11 of 12
P21025rc.mda.wpd

## CONCLUSION

16.    Based on the above information, your affiant believes that STEVEN RAY

ST. PETER has committed a crime in violation of Title 18, United State Code,

Sections 1153 and 2241(c) (Aggravated Sexual Abuse of a Minor within Indian

Country).


_____
Ryan R. Edwards, Special Agent
Federal Bureau of Investigation



    SUBSCRIBED AND SWORN to before me this ___3/___ day of October,
2012.


_____
James P. Hutton
United States Magistrate Judge



Affidavit of Ryan R. Edwards
12 of 12
P21025rc.mda.wpd

Attachment A - Person to be seized

STEVEN RAY ST. PETER is a Native American Male born August 20, 1991. ST. PETER is listed as having multiple tattoos, located on his left shoulder, left wrist and right wrist.



P21025rc.mde.wpd